IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**SHERI FLOURNOY, individually and on behalf of all others similarly situated,**

        **Plaintiff,**

    -v-

**I.C. SYSTEM, INC.**

        **Defendants.**

Civil Case No: 1:18-cv-00430-WTL-TAB

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' April 1, 2019 Stipulation of Dismissal, all claims asserted against Defendant **I.C. SYSTEM, INC.** in Civil Action No. **1:18-cv-00430-WTL-TAB**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS 2nd day of April, 2019.**

Hon. William T. Lawrence, Senior Judge
United States District Court
Southern District of Indiana

Distribution:
All electronically registered counsel of record via CM/ECF